United States District Court
Of the
Eastern District of Virginia



Sister E. Jones- Bey

    Against

Pamela K. Chen
    Et. Al

Amended Complaint
3: 21-cv-00256-DJN

I.    List of Defendants

1. Pamela K. Chen
2. Louis L. Stanton
3. The United States of America
4. Merrick Garland on Behalf of the U.S.
5. The State of New York
6. Letitia James on behalf of the State of New York
7. Administration for Children's Services
8. New York City Police Department
9. Deparment of Finance
10. Josephine Antoine
11. Grisel Caban
12. Cps Anwana
13. Cps Emmanuel
14. Dana LaCasse
15. Brenda Ramirez
16. Barbara Daniely
17. Jaqueline D. Williams
18. Elizabeth Barnett
19. Vanessa Williams
20. Ronna Gordon-Glachus
21. Andrea Amoa
22. Paul M. Hensley
23. Joe Morgano Esq
24. Deanna Flaherty Esq
25. Kelli Muse
26. Andrew Lee Esq
27. Timothy Marsh Esq
28. Abena Darkeh
29. Alicia Frisch #23973

30. Micheal Mancilla #23627
31. Michelle Giglio (77th command)
32. Toddman #20869
33. Gellineau #15315
34. Sergeant Quintero #5330
35. Eptistein #15093
36. Sergeant Sandrina Osborn (77th Command)
37. Sergeant Fitzgerald
38. Santos #17728
39. Feracea #28279
40. Russell #19390
41. Officer Roke (77th command)
42. Sergeant Beckett #779
43. P.o Hidalgo #12852
44. P.O. Almonte #24165
45. P.O. Doe
46. P.O Solomon #20668
47. P.O. Canales #14634
48. Sergeant Shea (Kings County Civil Court)
49. Court officer #6768
50. Joseph Schwarcz DBA All Year Management
51. Nosson (Nathan) Schwarz DBA All Year Management
52. Enrique (Rene) Rivera
53. Yoel Goldman DBA All Year Management
54. Vicknell Powell
55. Jane Powell
56. William Pierce
57. Shanta Pierce

II. Statement of Facts

Defendants 5-49 at different points in time over the past 11 years Have violated my inalienable rights secured by the First, Fourth, Fifth, Sixth, Tenth, and Fourteenth Amendments of the Constitution of the United States of America. These defendants are Liable for damages Pursuant to United States Code Title 18, Part I, Chapter 13, Section 241 Conspiracy Against rights and United States Code Title 18, Part I, Chapter 13 Section 242 Deprivation of Rights under Color of Law in that

(A) Count One

The State of New York by way of The Entity Administration for Children's Services, used defendants 10- 20 to unlawfully investigate me for no reason. This fact is further proved by the fact that all the cases files in the Bronx and Kings County Family court were Dismissed for lack of Evidence. The Worst Incident was May 4th 2018 When Defendant Josephine Antione and Grisel Caban unlawfully removed my children for 33 days by force using Defendants 29-41 based on fraudulent statements given by Nosson Schwarcz, and Enrique Rivera. This case was

Dismissed With Prejudice January 2019. In December 11th 2018 Enrique Rivera Pushed my then 10 year old son into a metal gate and caused damage that put him in the hospital unable to feel his leg for 3 days and he had to do a month of physical therapy. The actions of defendants 50-53 are Liable Pursuant to United States Code Title 18,Part I, Chapter 63 section 1341 Frauds and Swindles

(B) Count Two
On May 19, 2019 I filed an Amended Civil complaint in the United States District court and it was assigned to Pamela K. Chen. She immediately Dismissed the aforementioned defendants stating that they were covered by immunity, This action gave rise to the current problem I am having with Defendants 14,15,16, 19-22 and 54-57.

(C)Count Three
From the Date of 2nd May 2020 Until the Present Date Vickell Powell has Committed Fraud, aggravated Identity theft, aggravated legal and physical harassment, mail tampering and stealing my mail, usurpation, discrimination based on nationality, family size, religion and source of income, Several counts of verbal and Physical Assault and battery

The worst offenses are as follows

On Tuesday May 26th 2020 Vicknell Powell Cursed B.X.K-B (12) out in the hallway as he was taking out the trash

On June 8th, 2020 Myself and my heirs were interacting with community by providing vegan meals to members of the community in need. Vicknell Powell Came from wherever she was and started taking pictures on her phone of my offspring without permission. Immediately told her to stop and she continued which escalated to me telling her that she is breaking the law and I was going to report her to all the necessary channels as she didn't even know my name. A few minutes later Vicknell Powell ran out of the house into the next-door neighbor's apartment. No more than a minute later my heir B.X.K-B (12) ran out of the hallway coughing complaining of not being able to breathe as my youngest heir S.A.J-B (8) walked inside the hall to see why her brother was responding in that manner and immediately hit with the peppered substances as well. My second eldest daughter

S.T.K-B (13) decided that she did not want to be outside and was exposed to the substance the longest as she was inside the house. I contacted The City of New York Through Non-Emergency Services number who dispatched New York City Police Department and Emergency Medical Services. We were cleared of serious damage, so I opted not to go to the hospital as we were in the middle of a national pandemic. My heir S.T.K-B (13) had chest pain for about three days.

From the Date of June 19, 2020 to the Present Date Vicknell Powell Have made at least 3 Calls that I know of to The State Child Abuse Hotline and made false allegations.. These allegations have forced myself and my offspring to further violations of our fourth amendment right to privacy and security in our home papers an effect resulting in invasion of privacy degradation slander and Libel on the public record, interference with the private matter concerning my eldest heir. Her statements that I am a "crack whore" alcoholic and allegations that I my children out of their sleep anywhere has cause irreparable damages. Vicknell Powell exploited the laws and caused myself and my heirs undue hardship.

On July 30th, 2020 While running errands Vicknell or Jane Doe Powell, or a coconspirator made a call to the New York City Police Department and told them that my heirs were hurt in my home. This Caused SGT Beckett#779, Almonte #24165, Hidalgo #12852 and P.O. Doe to Unlawfully enter my home and emotionally traumatize my heirs by threatening them with Administration for Children's Services.

On July 31st, 2020 Jane Doe Powell Verbally harassed and committed Battery against B.X.KB (12).

On August 5th, 2020 Vicknell Powell Verbally Assaulted B.X.K-B (12) She rang the bell wildly, I started to go down to confront her but My Sister C. Seals-El stopped me and went to the door as I walked out and looked as Sister Seales-El spoke I saw a kitchen Knife in her hand, it was at that moment I was under the impression that Vicknell Powell Would make an attempt on my life.

On September 24th, 2020 Vicknell Powell had the same woman who house she hid in on June 8th, 2020 knock on my door and verbally assault me after I made a complaint about her unlawfully entering my apartment without written notice or consent.

On September 28th Dana Lacasse Came to my apartment and left a letter because I was not home. She returned on October 2nd, 2020. I explained to her that I have been having an ongoing issue with the owner of the property, and her reports were her way of retaliation. I explained to her that due to the mistakes of one of ACS employees in Kings County that there was pending litigation in Federal court and her being at my home is a conflict of interest.

On October 5th2020 Dana La Casse, Brenda Ramirez, and Barbara Daniely had a phone conference amongst themselves, without me and made the decision to ask the court to force her way in my home, and subject me to unlawful questioning and invasion of privacy. They wanted to remove them. But the request was denied.

On October 6th2020 at 12;48 am Administration for Children's Services and the State of New York Violated our Fourth Amendment rights due to an Ex-Parte order made without notification to me that there would be a court hearing, or the opportunity to be heard which directly violates the 4th 5th 6th and 7th amendments.

On October 11th, 2020 Vicknell Powell Stole my Package.

On October 17th, 2020 I became aware of the Identity theft and use of my social security number by Vicknell Powell to open an account with Con Edison Of Greater New York. Reported it to Federal trade Comission. I called NYPD to make a report against her. Officer Canales #14634 and officer Solomon #20668 rufused to take my complaint..

November 18th, 2020 Vicknell Powell called the police and told them I threatened her with a Knife.

December 21st 2o2o Vicknell Powell Hired a man to attempt to enter my home through my eldest daughter's bedroom window. When I caught him and asked him

what he was doing and why he said that he did not know I had to ask Vicknell Powell I have video of the entire ordeal and my daughters' emotional distress due to the again attempted breaking and entering and invasion of her personal privacy and space.

From the dates of March 11th, 2020 to the Present date William and Shanta uses The State of New York, Andrea Amoa, Paul M. Hensley and the Suffolk County family court to unlawfully keep me from my eldest son P. Z. J-B (14). Paul M. Hensley made and order dismissing my motion to dismiss although my eldest son never lived with William and Shanta Pierce. P.Z.J.B has been in my care from the moment he drew his first breath, William Pierce unlawfully removed my eldest son from my care because he found out I was engaged, I refused to give him keys to my house and I ignored his sexual advances. Shanta Pierce made false statement to social workers causing undue hardship.

On the Date of January 6th, 2021 Rhonda Gordon Galchus Denied My Habeus Corpus for my eldest heir P.Z.J-B (14) and gave no valid reason.

On January 24th 2021 Vicknell Powell set a fire in the garage of the house where we were living. I called the fire department and they confirmed that she indeed set a fire and suggested that I find a safe place for myself and my children to stay. When My friend Cyril Brown went to check on my belongings and feed my animals, it was discovered that Vicknell Powell Broke into my apartment and trashed my things. She then called the police and told them that he was trespassing as I was no longer a tenant. This was not the case. I only left so that myself and my children could have some peace of mind and visit my uncle, she then proceeded to change the locks. On March 29th 2021 it was proven that Vicknell Powell illegally locked us out and she has still refused to allow him entry to the apartment. Due to her fraudulent statements she was able to weaponize the police department against me because Dana LaCasse filed a warrant in family court based on Vicknell Powell Statements with no proof although the children has told her that none of the stuff Vicknell Powell said was true. This is a constant pattern since 2018.

Defendants 1-7 are Liable Pursuant to United States Code Title 42 Chapter 21 SubChapter I Section 1985 Conspiracy to Interfere with Civil Rights(3) and Title 42 Chapter 21 Subchapter I section 1986 in that
I filed a civil complaint In March 2019 and In November 2020 and I requested the assistance of Pamela K. Chen and Louis L. Stanton to prevent the events that gave rise to this claim. Instead of protecting my rights they used statutory law to ignore my grievance which is a Direct Violation of the Laws of the United States of America. Defendants 1,2 and 7-49 are Officers of Federal and State courts, New York State and City entities and employees. They are actin on behalf of the State of New York and The United States of America which makes defendants 3,4,5, and 6 liable as they made statues the defendants are following.

## Injury

Due to the actions of the aforementioned defendants, I have been subjected to extreme emotional distress and mental anguish. I because of the ongoing stress from trying to protect myself and my offspring, I have suffered loss in wages. I lost my business contracts due to having to focus solely on my personal issues. I have been subjected to invasions of my privacy both in my home and in society by way of public and private records. My Identity was stolen, and accounts opened in a name that I have not used in commerce in over 7 years. Myself and my three youngest offspring has not physically interacted with my eldest son in person since May 10, 2021. There is no way to get that time back.

I requested assistance of all of the channels that we are told that is there to assist. None of the employees, agencies, agents' officers or court officials listened to the facts. repaired.

## Relief

I. An Injunctive Relief granting an Order a Habus Corpus For the immediate return of P.Z.J-B (15) From William Pierce and Shanta Pierce an order of protection against William and Shantae Pierces, applicable criminal Charge filed.

II. An Injunctive Relief Order Vicknell Powell to pay $77,777 in lawful currency and to write a letter of apology to myself, S.A. J-B (8), B.X. K-B (13), and S.TK-B (13) for her malicious and unlawful actions towards us and for her to face applicable criminal charges for fraud, harassment and identity theft.

III. An Injunctive Relief/Cease and Desist Order Addressed to Administration for Children's Services directing them to cease their unlawful 12-year investigation wiping of all records pertaining to myself and my heirs, and refrain from all intimidation and coercion tactics and to leave Myself and my offspring to live in peace.

IV. Yoel Goldman DBA All year Management to pay 1,000,000 for the actions of his employees and for him and defendants 50-52 to face criminal charges for fraud discrimination and harassment.

V. All Employees of the City of New York must write a Letter of Apology to Myself and All of my Heirs and pay $7,777 each.

VI. Letitia James on behalf of State Of New York to Abolish the Current Family Court Act create new laws that is alignment with the Constitution of the United States of America and the State of New York Pay $250,000,000 for the Violation of our rights. Revise New York State statutes pertaining to real estate to prevent deed fraud and to convey ownership and provide the land Title of The following properties which belong to me by inheritance but due to current state Statues is unlawfully in Possession of the NYC Department of Finance:

Block 1918 Lot 23, Block 1728 Lot 56, Block 1928 Lot 25, Block0392 Lot 41 and Block 1468 Lot 39 1028 Elder Avenue Bronx New York 10472 to Lyrics Playhouse Moorish Sudbury Institute

VII. All State and Federal officials to step down from their positions, write a letter of apology and to $77,000 for their lack of knowledge of law, their violation of their oath of office and their duty to uphold the Constitution for the United States of America.

VIII. The Merrick Garland on Behalf of United Stated of America to review and amendment of statues pertaining to Immunity of Federal, State and City employees and The United States of America to pay $250,000,000 for the violations that has occurred to my family due to the upholding of said statutes.

IX. Whatever other relief this court deem fair and just

## VI Closing

I Sister E. Jones-Bey Affirm that that all the facts within this amended complaint is true, nonfrivolous, based in existing law with sufficient evidence to support it with more to arise as the case proceeds. I will continue to keep the Clerk of court up to date with any changes in my contact information.

        Peace and Love

        *All Rights Reserved*

*I am: Sister E. Jones- Bey*

FILED

2021 MAY -5 P 1:22

CLERK US DISTRICT COURT
RICHMOND, VIRGINIA